UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DERRICK L. JOHNSON,

    Plaintiff,

    v.

SECRETARY OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,

    Defendants.

Case No. 16-cv-05047-JD

**ORDER OF DISMISSAL**

Re: Dkt. Nos. 3, 6, 7, 8

Plaintiff, a state prisoner, has filed a civil rights action. Plaintiff was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"). He was allowed twenty-eight days to either pay the fee or file a proper application. More than twenty-eight days has passed and plaintiff has paid $65.00 but not the full filing fee. Therefore, this case is **DISMISSED** without prejudice. The case is also dismissed as duplicative of Case No. 16-4513. *See Adams v. Cal. Dept. of Health Services*, 487 F.3d 684, 688 (9th Cir. 2007). Plaintiff's motions for a temporary restraining order (Docket No. 3) and administrative relief (Docket Nos. 6, 7, 8) are **DENIED**. To proceed with the claims in this case plaintiff should review the Court's order in Case No. 16-4513.

    **IT IS SO ORDERED.**

Dated: November 16, 2016

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK L. JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>SECRETARY OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | Case No.  16-cv-05047-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 16, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Derrick L. Johnson
P.O. Box 1050
CDC #AY-7574
Soledad, CA 93960

Dated: November 16, 2016

                                        Susan Y. Soong
                                        Clerk, United States District Court

                                        By: *Lisa R. Clark*
                                        LISA R. CLARK, Deputy Clerk to the
                                        Honorable JAMES DONATO